IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS A. HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 CV 376 |
| | ) | |
| vs. | ) | |
| | ) | Judge Darrah |
| EQUIFAX INFORMATION SERVICES, INC., | ) | |
| ASSET ACCEPTANCE, LLC, | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
LOCAL RULE 3.2 AND FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

Per Local Rule 3.2 and Fed. R. Civ. P. 7.1, Equifax Information Services LLC, states that it is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

                                                   Respectfully submitted,

                                                   EQUIFAX INFORMATION SERVICES LLC

                                                   By:   /s/ Carina M.C. Segalini
                                                         One of their Attorneys

Brian J. Olson
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Phone:  (404) 572-4600
*Lead Counsel for Equifax Information Services, Inc.*

John J. Curry, Jr.
Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
180 N. Stetson Avenue, Suite 4525
Chicago, Illinois 60601
Telephone:  (312) 819-1900
*Local Counsel for Equifax Information Services, Inc.*

US1900 9157392.1

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S LOCAL RULE 3.2 AND FEDERAL RULE 7.1 DISCLOSURE STATEMENT** was served upon the following named parties or counsel of record:

Larry P. Smith, Esq.
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
*Attorney for Plaintiff*

by the Court's CM/ECF system on March 14, 2008.

          /s/ Carina M.C. Segalini