# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 376 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Hester vs. Equifax | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/22/08 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 4/8/08. Plaintiff's oral motion to dismiss defendant Asset Acceptance, LLC with prejudice is granted.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|