IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURTIS A. HESTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>and )<br>ASSET ACCEPTANCE, LLC, )<br>)<br>Defendant. ) | Civil Action No. 08-CV-0376 |

## **VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, CURTIS HESTER, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, EQUIFAX INFORMATION SERVICES, LLC, with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**CURTIS HESTER**


By: _____/s Larry P. Smith_____
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911