# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CURTIS A. HESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-0376 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | Judge Darrah |
| and ) | |
| ASSET ACCEPTANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Cara M.C. Segalini
Polsinelli, Shalton, Welte Suelthaus PC
Two Prudential Plaza
180 N. Stetson Ave., Suite 4525
Chicago, IL 60601

PLEASE TAKE NOTICE THAT On April 15, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Motion to Dismiss Equifax Information Services, LLC,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

## PROOF OF SERVICE

I, the undersigned, an attorney, certify that I served this notice *via email* to the above named parties before 5:00 p.m. on April   15  , 2007 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

By: ____/s Larry P. Smith_____
Attorney for Plaintiff